UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA

v.

FRANK SMITH CASTILLO

                        Defendant.
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED:  __1/11/21_____

03-CR-979 (KMW)
04-CR-408 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

On January 6, 2021, Defendant Frank Smith Castillo filed a reply in support of his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 41, 04-CR-408.)  Should the Government wish to respond to Defendant's submission, it shall do so on or before January 15, 2021.

SO ORDERED.

Dated: New York, New York
        January 11, 2021

                                               */s/ Kimba M. Wood*
                                               KIMBA M. WOOD
                                          United States District Judge