UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-

FRANK SMITH CASTILLO,

             Defendant.

-------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:  __9-22-2022___

03-CR-979 (KMW)

04-CR-408 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

      Defendant Frank Smith Castillo, represented by the Federal Defenders of New York, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).   (ECF No. 66 in Case No. 03-CR-979; ECF No. 49 in Case No. 04-CR-408.)

      No later than October 21, 2022, the Government shall respond to Defendant's motion. Defendant's Reply, if any, must be submitted by December 2, 2022.

      SO ORDERED.

Dated:  New York, New York
       September 22, 2022

                             _____*/s/ Kimba M. Wood*_____
                                 KIMBA M. WOOD
                     United States District Judge