USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 27, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

          v.

FRANK SMITH CASTILLO,

          Defendant.
----------------------------------------------------------X

03-CR-979 (KMW)
04-CR-408 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    On September 21, 2022, Frank Smith Castillo, represented by the Federal Defenders of New York, filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). (ECF No. 66.) On February 28, 2023, this Court denied Castillo's motion. (Order, ECF No. 72.) On January 15, 2025, the United States Court of Appeals for the Second Circuit remanded pursuant to *United States v. Jacobson*, 15 F.3d 19 (2d Cir. 1994), requesting that this Court clarify the reasons for denying Castillo's motion. (ECF No. 74.) The Second Circuit also noted that this Court may reconsider Castillo's arguments and determine anew whether to grant the motion for compassionate release. *Id.* at 4.

    The Court requests supplemental briefing. Counsel for Castillo shall file a supplemental brief by February 17, 2025. The government shall file a response by March 3, 2025. Defendant's reply, if any, is due March 10, 2025. If the parties require more time for briefing, they shall so notify the Court.

    SO ORDERED.

Dated: New York, New York
       January 27, 2025

                                          */s/ Kimba M. Wood*
                                          KIMBA M. WOOD
                                         United States District Judge